**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Vanessa Giles aka Vanessa Watson-Giles     CHAPTER 13

             Debtor(s)     BKY. NO. 19-13918 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) and index same on the master mailing list.

                            Respectfully submitted,
                            **/s/ Kevin G. McDonald Esquire**
                            Rebecca A Solarz, Esquire
                            Kevin G. McDonald, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322