**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      VANESSA GILES         :      CHAPTER 13
                                   :
                                   :
            DEBTOR                 :      Bankruptcy No. 19-13918ELF

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor had filed a Motion to Amend Plan Post - Confirmation.

Your rights may by affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before July 8, 2020 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at the clerk's office, 900 Market Street, 4th Floor, Philadelphia, PA 19106.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

            Zachary Perlick, Esquire
            1420 Walnut Street, Suite 718
            Philadelphia, PA 19102
            (215) 569-2922 phone
            (215) 569-1444 fax

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on July 21, 2020 at 1:00 p.m. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4.   If a copy of the motion is not enclosed, a copy of the
motion will be provided to you if you request a copy from the
attorney named in paragraph 1(b).



5.   You may contact the Bankruptcy Clerk's office at (215) 408-
2800 to find out whether the hearing has been canceled because
no one filed an answer.

Date: 6/18/20