**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **Chapter 13** |
|    **VANESSA GILES,** | **:** | |
|      **Debtor** | **:** | **Bky. No. 19-13918  ELF** |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #49 ) is **APPROVED**.


**Date: July 22, 2020**

                                  **ERIC L. FRANK**
                                  **U.S. BANKRUPTCY JUDGE**