# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      VANESSA GILES            :      CHAPTER 13
:
:
            DEBTOR                    :      BANKRUPTCY No. 19-13918ELF

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the application of Debtor's counsel, and after a hearing, it is hereby

**ORDERED** that Debtor's counsel is **ALLOWED** supplemental compensation of $1,000.00.

Date:  9/18/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**