United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-13918-elf
Vanessa Giles                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1          Date Rcvd: Sep 18, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
db            +Vanessa Giles,    6248 Hazel Ave.,    Philadelphia, PA 19143-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
     JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et.al. paeb@fedphe.com
     KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com
     MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com
     REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et.al. paeb@fedphe.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
     ZACHARY PERLICK    on behalf of Debtor Vanessa Giles Perlick@verizon.net, pireland1@verizon.net
                                                                                                                    TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | VANESSA GILES | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 19-13918ELF |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the application of Debtor's counsel, and after a hearing, it is hereby

**ORDERED** that Debtor's counsel is **ALLOWED** supplemental compensation of $1,000.00.

Date:  9/18/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**