**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| VANESSA GILES, | ) | CASE NO.: 19-13918-djb |
| AKA VANESSA WATSON-GILES, | ) | CHAPTER 13 |
| | ) | JUDGE DEREK J. BAKER |
| DEBTOR. | ) | |
| | ) | |
| MTGLQ INVESTORS, L.P., AS SERVICED BY | ) | |
| NEWREZLLC D/B/A SHELLPOINT MORTGAGE | ) | |
| SERVCING, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| VANESSA GILES, DEBTOR, AND | ) | |
| KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MTGLQ Investors, L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 15th day of April 2025

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 15th day of April 2025.

### *VIA U.S. MAIL*

*DEBTOR*
VANESSA GILES
6248 HAZEL AVE.
PHILADELPHIA, PA 19143

### *VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
ZACHARY PERLICK
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA 19102
PERLICK@VERIZON.NET

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*