**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| VANESSA GILES, ) | |
| AKA VANESSA WATSON-GILES, ) | |
| DEBTOR ) | **CASE NO. 19-13918-djb** |
| ) | |
| MTGLQ INVESTORS, L.P. AS SERVICED BY ) | |
| NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| vs. ) | |
| VANESSA GILES, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |

**CERTIFICATE OF NO OBJECTION**

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by Debtor or the Trustee.

Respectfully Submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| VANESSA GILES, ) | |
| AKA VANESSA WATSON-GILES, ) | **CASE NO. 19-13918-djb** |
| DEBTOR ) | |
| ) | |
| MTGLQ INVESTORS, L.P. AS SERVICED BY ) | |
| NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| vs. ) | |
| VANESSA GILES, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |

**CERTIFICATE OF SERVICE**

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on May 21, 2025, by first class mail, and/or electronic means upon those listed below:

*DEBTOR*
VANESSA GILES
6248 HAZEL AVENUE
PHILADELPHIA, PA 19143

*ATTORNEY FOR DEBTOR*
ZACHARY PERLICK
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA 19102

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
OFFICE OF THE U.S. TRUSTEE

ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

                                              Respectfully submitted,

                                              <u>/s/ Joshua I. Goldman</u>
                                              JOSHUA I. GOLDMAN, ESQ.
                                              Pennsylvania Bar # 205047
                                              PADGETT LAW GROUP
                                              6267 Old Water Oak Road, Suite 203
                                              Tallahassee, FL 32312
                                              (850) 422-2520 (telephone)
                                              (850) 422-2567 (facsimile)
                                              [josh.goldman@padgettlawgroup.com](mailto:josh.goldman@padgettlawgroup.com)
                                              *Counsel for Movant*