IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| VANESSA GILES, | ) | CASE NO.: 19-13918-djb |
| AKA VANESSA WATSON-GILES, | ) | CHAPTER 13 |
| | ) | JUDGE DEREK J. BAKER |
| DEBTOR. | ) | |
| | ) | |
| MTGLQ INVESTORS, L.P., AS SERVICED BY | ) | |
| NEWREZLLC D/B/A SHELLPOINT MORTGAGE | ) | |
| SERVCING, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| VANESSA GILES, DEBTOR, AND | ) | |
| KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**ORDER GRANTING MOTION TO ALLOW HOMEOWNERS ASSISTANCE FUNDS TO BE APPLIED TO LOAN**

This case came before the Court on the Motion to Allow Homeowner Assistance Funds to be Applied to Loan between MTGLQ Investors, L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") and Debtor. Based on the consent of the parties, it is

ORDERED:

1. The Motion to Allow Homeowner Assistance Funds to be Applied to Loan with Movant is APPROVED, and the parties are ordered to comply with the terms of the agreement.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

BY THE COURT

_____
U.S. BANKRUPTCY COURT JUDGE

**Date: May 29, 2025**