United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13918-djb
Vanessa Giles     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 29, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Giles, 6248 Hazel Avenue, Philadelphia, PA 19143-2226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor MTGLQ Investors  L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  ET.AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
    on behalf of Creditor MTGLQ INVESTORS  L.P. mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

THOMAS SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Vanessa Giles Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| VANESSA GILES, ) | CASE NO.: 19-13918-djb |
| AKA VANESSA WATSON-GILES, ) | CHAPTER 13 |
| ) | JUDGE DEREK J. BAKER |
| DEBTOR. ) | |
| ) | |
| MTGLQ INVESTORS, L.P., AS SERVICED BY ) | |
| NEWREZLLC D/B/A SHELLPOINT MORTGAGE ) | |
| SERVCING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| VANESSA GILES, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## ORDER GRANTING MOTION TO ALLOW HOMEOWNERS ASSISTANCE FUNDS TO BE APPLIED TO LOAN

This case came before the Court on the Motion to Allow Homeowner Assistance Funds to be Applied to Loan between MTGLQ Investors, L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") and Debtor. Based on the consent of the parties, it is

ORDERED:

1. The Motion to Allow Homeowner Assistance Funds to be Applied to Loan with Movant is APPROVED, and the parties are ordered to comply with the terms of the agreement.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

BY THE COURT

_____
U.S. BANKRUPTCY COURT JUDGE

Date: May 29, 2025