Certificate Number: 05781-PAE-DE-041158439

Bankruptcy Case Number: 19-13918



05781-PAE-DE-041158439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2026, at 12:41 o'clock PM PDT, Vanessa Giles completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 1, 2026            By:     /s/Allison M Geving

Name:  Allison M Geving

Title:   President