United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-13918-djb
Vanessa Giles Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 02, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Giles, 6248 Hazel Avenue, Philadelphia, PA 19143-2226 |
| 14998448 | + | MTGLQ Investors, L.P. as serviced by, NewRez LLC d/b/a Shellpoint, Mortgage Servicing, c/o JOSHUA I. GOLDMAN, 6267 Old Water Oak Rd., Ste. 203 Tallahassee, FL 32312-3858 |
| 14344204 | + | Ocwen Loan Servicing, P.O. Box 6723, Springfield, OH 45501-6723 |
| 14352874 | | U.S. BANK NATIONAL ASSOCIATION, et.al., C/o Jerome Blank, Esq., Id., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14442473 | + | U.S. Bank National Association, c/o Kevin g. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14344208 | + | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14344207 | + | University of Pennsylvania, 1 College Lane Hall, Philadelphia, PA 19104-6382 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14355321 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2026 02:02:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14361024 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 02:10:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14344201 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14390729 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14437773 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14344200 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14344202 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 03 2026 02:03:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14555363 | | Email/Text: ECF@fayservicing.com | Sep 03 2026 02:02:00 | U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, PO Box 814609, Dallas, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 75381-4609 |
| 14344203 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2026 02:02:00 | GM Financial, PO Boc 181145, Arlington, TX 76096-1145 |
| 14619471 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 03 2026 02:02:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14348315 | ^ | MEBN | Sep 03 2026 01:55:36 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14344205 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2026 02:02:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14428423 | + | Email/Text: blegal@phfa.org | Sep 03 2026 02:02:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14348318 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 03 2026 02:02:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14353006 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2026 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14344206 | | Email/Text: blegal@phfa.org | Sep 03 2026 02:02:00 | Pennsylvania Housing FInance Agency, POB 15057, Harrisburg, PA 17105-5057 |
| 14404366 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 03 2026 02:02:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14364412 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 03 2026 02:02:00 | U.S. BANK NATIONAL ASSOCIATION, Et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 14406515 | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 02:02:00 | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14406854 | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 02:02:00 | U.S. Bank National Association, c/o Cristina DiGiannantonio, Esq., RAS Crane, LLC, 10700 Abbott's Bridge Rd., Ste 170, Duluth GA 30097-8461 |
| 15058199 | + | Email/Text: bkteam@selenefinance.com | Sep 03 2026 02:02:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14358932 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14348311 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14348310 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14348312 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14348313 | *+ | GM Financial, PO Boc 181145, Arlington, TX 76096-1145 |
| 14348314 | *+ | Ocwen Loan Servicing, P.O. Box 6723, Springfield, OH 45501-6723 |
| 14348316 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14348317 | * | Pennsylvania Housing FInance Agency, POB 15057, Harrisburg, PA 17105-5057 |

| | | |
|---|---|---|
| 14348320 | *+ | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14348319 | *+ | University of Pennsylvania, 1 College Lane Hall, Philadelphia, PA 19104-6382 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust jkatz@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor MTGLQ Investors L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor MTGLQ INVESTORS L.P. mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| SARA ELIZABETH SWIETNICKI | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust sswietnicki@raslg.com |
| THOMAS SONG | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Vanessa Giles Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 14

*Form 138OBJ* (6/24)−doc 116 − 115

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Vanessa Giles<br>aka Vanessa Watson−Giles | ) | Case No. 19−13918−djb |
| Debtor(s). | ) | Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 2, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 2, 2026

For The Court

Mohung Wong
Clerk of Court