United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-13918-djb
Vanessa Giles Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: 234 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Vanessa Giles, 6248 Hazel Avenue, Philadelphia, PA 19143-2226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust jkatz@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor MTGLQ Investors L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

KEVIN G. MCDONALD
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor MTGLQ INVESTORS L.P. mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

SARA ELIZABETH SWIETNICKI
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust sswietnicki@raslg.com

THOMAS SONG
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Vanessa Giles Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Vanessa Giles
Debtor(s)

Case No:19−13918−djb
Chapter: 13

---

***NOTICE OF TERMINATION OF WAGE ORDER***

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Mohung Wong
Clerk of Court

Date: 9/2/26