United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-13918-djb
Vanessa Giles Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Oct 05, 2026 Form ID: 3180W Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Giles, 6248 Hazel Avenue, Philadelphia, PA 19143-2226 |
| cr | + | MTGLQ Investors, L.P. as serviced by NewRez LLC d/, 6267 Old Water Oak Road, Suite 203, 6267 Old Water Oak Road, Suite 203 Talla, Tallahassee, FL 32312 UNITED STATES 32312-3858 |
| 14998448 | + | MTGLQ Investors, L.P. as serviced by, NewRez LLC d/b/a Shellpoint, Mortgage Servicing, c/o JOSHUA I. GOLDMAN, 6267 Old Water Oak Rd., Ste. 203 Tallahassee, FL 32312-3858 |
| 14344204 | + | Ocwen Loan Servicing, P.O. Box 6723, Springfield, OH 45501-6723 |
| 14352874 | | U.S. BANK NATIONAL ASSOCIATION, et.al., C/o Jerome Blank, Esq., Id., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14442473 | + | U.S. Bank National Association, c/o Kevin g. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14344208 | + | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14344207 | + | University of Pennsylvania, 1 College Lane Hall, Philadelphia, PA 19104-6382 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 06 2026 02:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | EDI: PHINAMERI.COM | Oct 06 2026 06:21:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 06 2026 02:20:00 | MTGLQ INVESTORS, L.P., Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd, #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 06 2026 02:20:00 | U.S. Bank National Association, not in its individ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14355321 | | EDI: PHINAMERI.COM | Oct 06 2026 06:21:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14361024 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 02:30:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14437773 | | Email/Text: megan.harper@phila.gov | Oct 06 2026 02:20:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14344200 | | Email/Text: megan.harper@phila.gov | Oct 06 2026 02:20:00 | City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14344201 | | Email/Text: megan.harper@phila.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 06 2026 02:20:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14390729 | | Email/Text: megan.harper@phila.gov | Oct 06 2026 02:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14344202 | + | EDI: CCS.COM | Oct 06 2026 06:21:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14555363 | | Email/Text: ECF@fayservicing.com | Oct 06 2026 02:20:00 | U.S. Bank Trust National Association, not in its I, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14344203 | + | EDI: PHINAMERI.COM | Oct 06 2026 06:21:00 | GM Financial, PO Boc 181145, Arlington, TX 76096-1145 |
| 14619471 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 06 2026 02:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14348315 | ^ | MEBN | Oct 06 2026 02:17:06 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14344205 | | EDI: PENNDEPTREV | Oct 06 2026 06:21:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14428423 | + | Email/Text: blegal@phfa.org | Oct 06 2026 02:20:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14348318 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 06 2026 02:20:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14353006 | | EDI: PENNDEPTREV | Oct 06 2026 06:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14344206 | | Email/Text: blegal@phfa.org | Oct 06 2026 02:20:00 | Pennsylvania Housing FInance Agency, POB 15057, Harrisburg, PA 17105-5057 |
| 14404366 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 06 2026 02:20:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14364412 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 06 2026 02:20:00 | U.S. BANK NATIONAL ASSOCIATION, Et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 14406515 | + | Email/Text: RASEBN@raslg.com | Oct 06 2026 02:20:00 | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14406854 | + | Email/Text: RASEBN@raslg.com | Oct 06 2026 02:20:00 | U.S. Bank National Association, c/o Cristina DiGiannantonio, Esq., RAS Crane, LLC, 10700 Abbott's Bridge Rd., Ste 170, Duluth GA 30097-8461 |
| 15058199 | + | Email/Text: bkteam@selenefinance.com | Oct 06 2026 02:20:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank Trust National Association, not in its i |

| | | |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14358932 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14348310 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14348311 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14348312 | *+ | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 14348313 | *+ | GM Financial, PO Boc 181145, Arlington, TX 76096-1145 |
| 14348314 | *+ | Ocwen Loan Servicing, P.O. Box 6723, Springfield, OH 45501-6723 |
| 14348316 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14348317 | * | Pennsylvania Housing FInance Agency, POB 15057, Harrisburg, PA 17105-5057 |
| 14348320 | *+ | US Department of Education, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14348319 | *+ | University of Pennsylvania, 1 College Lane Hall, Philadelphia, PA 19104-6382 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor MTGLQ Investors L.P. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@padgettlawgroup.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust jkatz@raslg.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B) bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |

MICHELLE L. MCGOWAN
on behalf of Creditor MTGLQ INVESTORS L.P. mimcgowan@raslg.com

SARA ELIZABETH SWIETNICKI
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust sswietnicki@raslg.com

THOMAS SONG
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Vanessa Giles Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 14

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vanessa Giles<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8315 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 19–13918–djb | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vanessa Giles
aka Vanessa Watson–Giles

10/5/26

**By the court:** Derek J Baker
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**